**Order entered December 17, 2019**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-19-01176-CV

## LEZLIE A. JOHNSTON, Appellant

## V.

## LINCOLN PROPERTY COMPANY MANAGEMENT, INC., LINCOLN PROPERTY COMPANY, LINCOLN PROPERTY COMPANY COMMERCIAL, INC., AND LOCH ENERGY SQUARE, LP, Appellees

**On Appeal from the 101st Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-16-07145**

## ORDER

In accordance with the Court's opinion of this date, we **DIRECT** the Clerk of this Court to issue the mandate forthwith.

/s/    ROBERT D. BURNS, III
        CHIEF JUSTICE